Ken M. Fitzgerald, State Bar No. 143019
Barbrae Lundberg, State Bar No. 231244
Justin K. Romig, State Bar No. 243790
**FITZGERALD, LUNDBERG & ROMIG**
5422 West Cypress Avenue
Visalia, CA 93277
Phone:  (559) 733-3733
Fax:  (559) 733-3987

Attorneys for Plaintiff, CHIANELLE FLORES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

| | |
|---|---|
| CHIANELLE FLORES, | CASE NO: 1:09-CV-00305-LJO-GSA |
|      Plaintiff, | ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION (*Fed. R. Civ. P. 41(a)(1)(ii)*) |
| vs. | |
| STEVEN GREEN; NANCY POWELL; VISALIA UNIFIED SCHOOL DISTRICT; and DOES 1 through 100, inclusive | Trial:<br> Date: August 30, 2010<br> Time: 9:00 a.m.<br> Dept.: 4 |
|      Defendants.<br>_____/ |  Judge: Hon. Lawrence J. O'Neill |

**ORDER**

The Court has reviewed the Stipulation set forth. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice;

2. Each party shall bear their own attorneys fees and costs.

Dated: March 5, 2010     /s/ Lawrence J. O'Neill

           ED STATES DISTRICT JUDGE

*Sidebar (left margin):* FITZGERALD, LUNDBERG & ROMIG / 5422 West Cypress Ave. / Visalia, CA 93277